# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| LOLITA MURRAY-HERMAN, | : |
| Plaintiff, | : |
| | Case No. 3:14cv00247 |
| vs. | : |
| | District Judge Thomas M. Rose |
| | : Chief Magistrate Judge Sharon L. Ovington |
| CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration, | : |
| | : |
| Defendant. | |
| | : |

# REPORT AND RECOMMENDATIONS[1]

This social security case is presently before the Court upon the parties' Joint Stipulation to Remand to the Commissioner (Doc. #9) and the record as a whole. The parties request the case be remanded to the Commissioner pursuant to Sentence Four of 42 U.S.C. § 405(g) for further proceedings.

**IT IS THEREFORE RECOMMENDED THAT:**

1. The parties' Joint Stipulation to Remand to the Commissioner (Doc. #9) be **ACCEPTED**;

2. Judgment be **ENTERED** in Plaintiff's favor under Fed. R. Civ. P. 58, and this matter be **REMANDED** to the Social Security Administration pursuant to Sentence Four of 42 U.S.C. § 405(g) for further proceedings; and,

---

[1] Attached hereto is NOTICE to the parties regarding objections to this Report and Recommendations.

3. The case be **TERMINATED** on the docket of this Court.

March 2, 2015

                                               s/ Sharon L. Ovington
                                                   Sharon L. Ovington
                                    Chief United States Magistrate Judge

**NOTICE REGARDING OBJECTIONS**

Pursuant to Fed. R. Civ. P. 72(b), any party may serve and file specific, written objections to the proposed findings and recommendations within fourteen days after being served with this Report and Recommendations.  Pursuant to Fed. R. Civ. P. 6(d), this period is extended to seventeen days because this Report is being served by one of the methods of service listed in Fed. R. Civ. P. 5(b)(2)(C), (D), (E), or (F). Such objections shall specify the portions of the Report objected to and shall be accompanied by a memorandum of law in support of the objections.  If the Report and Recommendations are based in whole or in part upon matters occurring of record at an oral hearing, the objecting party shall promptly arrange for the transcription of the record, or such portions of it as all parties may agree upon or the Magistrate Judge deems sufficient, unless the assigned District Judge otherwise directs.  A party may respond to another party's objections within fourteen days after being served with a copy thereof.

Failure to make objections in accordance with this procedure may forfeit rights on appeal.  *See, United States v. Walters,* 638 F. 2d 947 (6th Cir. 1981); *Thomas v. Arn,* 474 U.S. 140 (1985).