# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| LOLITA MURRAY-HERMAN, | : | |
| Plaintiff, | : | |
| | | Case No. 3:14cv00247 |
| vs. | : | |
| | | District Judge Thomas M. Rose |
| CAROLYN W. COLVIN, | : | Chief Magistrate Judge Sharon L. Ovington |
| Acting Commissioner of the Social Security Administration, | : | |
| Defendant. | : | |

# DECISION AND ENTRY

The Court has reviewed the Report and Recommendations of Chief United States Magistrate Judge Sharon L. Ovington (Doc. #10), to whom this case was originally referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendations filed on March 2, 2015 (Doc. #10) is ADOPTED in full;

2. The parties' Joint Stipulation to Remand to the Commissioner (Doc. #9) is ACCEPTED;

3. Judgment is ENTERED in Plaintiff's favor under Fed. R. Civ. P. 58, and this matter is REMANDED to the Social Security Administration pursuant to Sentence Four of 42 U.S.C. § 405(g) for further proceedings; and,

4. The case is TERMINATED on the docket of this Court.

March 24, 2015                                             *s/Thomas M. Rose

_____
Thomas M. Rose
United States District Judge