## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

LOLITA MURRAY-HERMAN,          :

     Plaintiff,          :

                            Case No. 3:14cv00247

vs.          :

                            District Judge Thomas M. Rose

CAROLYN W. COLVIN,          :    Chief Magistrate Judge Sharon L. Ovington

Acting Commissioner of the Social

Security Administration,          :

     Defendant.          :

===============================================================

## DECISION AND ORDER

===============================================================

     The Court has reviewed the Report and Recommendations of Chief United States

Magistrate Judge Sharon L. Ovington (Doc. #14), to whom this case was originally

referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed

thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has

expired, hereby **ADOPTS** said Report and Recommendations.

     Accordingly, it is hereby **ORDERED** that:

1.  The Report and Recommendations filed on March 27, 2015 (Doc. #14) is
    ADOPTED in full;

2.  The parties' Joint Stipulation for an Award of Attorney Fees under the Equal
    Access to Justice Act (Doc. #13) is accepted, and Defendant is directed to pay
    Plaintiff's attorney fees under 28 U.S.C. § 2412 in the total amount of
    $2,136.12; and,

3.  Counsel for the parties shall verify, **within thirty days** of this Decision and
    Order, whether or not Plaintiff owes a pre-existing debt to the United States

subject to offset. And, if no such pre-existing debt exists, Defendant is directed to pay the EAJA award directly to Plaintiff's attorney.

Thomas M. Rose
United States District Judge